# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **BONNIE K. JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 09-0068-CV-W-GAF |
| ) | |
| **UNITED SERVICES COMMUNITY** ) | |
| **ACTION AGENCY, and** ) | |
| **HOUSING AUTHORITY,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On February 13, 2009, Magistrate Judge Robert E. Larsen denied Plaintiff Bonnie K. Jones' ("Plaintiff") Motion for Leave to File Action without Payment of Fees. (Doc. #3). To date, Plaintiff has failed to pay the required filing fee. Plaintiff's claim is therefore DISMISSED for failure to prosecute. *See* Local Rule 83.7(a)(3) ("However, if a party does not pay the filing fee, the complaint may be dismissed by the Court for that reason.").

**IT IS SO ORDERED.**

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: **March 30, 2009**